CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 5 2013

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| AZALE WHITE, ) | Civil Action No. 7:13-cv-00040 |
|    Plaintiff, ) | |
| ) | **MEMORANDUM OPINION** |
| v. ) | |
| ) | By:   Michael F. Urbanski |
| C/O D. CLINE, <u>et al.</u>, ) | United States District Judge |
|    Defendant(s). ) | |

AZALE WHITE, proceeding <u>pro se</u>, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered February 1, 2013, the court directed plaintiff to submit within 10 days from the date of the Order the required paperwork. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice. On February 11, 2013, the paperwork was returned to the Clerk's Office with no explanation. The Clerk's Office then verified the plaintiff's address with the Offender Locator website and resent all of the paperwork to the address on file which is Marion Correctional Treatment Center in Marion, VA. The Court allowed 10 additional days for the plaintiff to respond.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 5th day of March, 2013.

/s/ Michael F. Urbanski
United States District Judge